Stuart M. Price (SBN 150439)
Stuart@pricelawgroup.com
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 800
Encino, CA 91436
Phone: (818) 907-2030
Fax: (818) 205-2730
Attorneys for Plaintiff Henry Juangco

Amanda Semaan (SBN 293896)
amanda.semaan@faegrebd.com
**FAEGRE BAKER DANIELS LLP**
11766 Wilshire Blvd., Suite 750
Los Angeles, CA 90025
Telephone: (310) 500-2090
Facsimile: (310) 500-2091
Attorneys for Defendant CAPITAL ONE BANK (USA), N.A., erroneously sued as CAPITAL ONE FINANCIAL CORPORATION

David J. Kaminski (SBN 128509)
Kaminskid@cmtlaw.com
Shawn S. Eldridge (SBN 276581)
Eldridges@cmtlaw.com
**CARLSON & MESSER LLP**
9841 Airport Boulevard, Suite 1200
Los Angeles, CA 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222
Attorneys for Defendant,
CLIENT SERVICES, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY JUANGCO,<br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE FINANCIAL CORP., et al.,<br>Defendants. | Case No.: 2:17-cv-02686-MWF-MRW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Henry Juangco through his attorneys, Price Law Group APC, and Defendants Capital One Bank (USA), N.A., erroneously sued as Capital One Financial Corp. and Client Services, Inc. ("Defendants"), by and through their respective attorneys, Faegre Baker Daniels LLP and Carlson & Messer LLP, hereby stipulate to dismiss Defendants with prejudice, each to bear its own costs and attorneys' fees.

Respectfully submitted,

**PRICE LAW GROUP, APC.**

Dated: September 8, 2017

/s/ Stuart Price
Stuart M. Price
Stuart@pricelawgroup.com
Attorneys for Plaintiff,
Henry Juangco

DATED: September 8, 2017

**FAEGRE BAKER DANIELS LLP**

By: /s/ Amanda Semaan
Amanda Semaan
amanda.semaan@faegrebd.com
Attorneys for Defendant
Capital One Bank (USA), N.A.,
erroneously sued as Capital One
Financial Corp.

DATED: September 8, 2017

**CARLSON & MESSER LLP**

By: /s/ Shawn S. Eldridge
David J. Kaminski
Kaminskid@cmtlaw.com
Shawn S. Eldridge
Eldridges@cmtlaw.com
Attorneys for Defendant
Client Services, Inc.

## ATTESTATION OF SIGNATURE:

Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, I Stuart M. Price hereby attests that concurrence in the filing of this document and its content has been obtained by Amanda Semaan, counsel for Capital One and by Shawn S. Eldridge, counsel for Client Services, Inc.

DATED: September 8, 2017

/s/ Stuart Price
Stuart Price

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2017, I electronically transmitted the foregoing with the U.S, District Court Clerk's Office using the CM/ ECF System for filing and transmittal of a Notice of Electronic Filing and thereby served all registered CM/ECF case participants.

/s/ Maria Marsceill