JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

HENRY JUANGCO,

      Plaintiff,

  vs.

CAPITAL ONE FINANCIAL CORP.,
et al.,

      Defendants.

Case No. 2:17-cv-02686-MWF-MRW

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**

     Upon review of the Stipulation for Defendants Capital One Bank (USA), N.A., erroneously sued as Capital One Financial Corp. and Client Services, Inc. ("Defendants"), (Doc. 23 ), filed by Plaintiff and Defendants, and good cause appearing,

     **IT IS ORDERED** that the Stipulation (Doc. 23) is GRANTED. The above entitled matter is hereby dismissed with prejudice, with the parties to bear their own costs and attorney's fees.

Dated: September 8, 2017.

_____
Honorable Michael W. Fitzgerald
United States District Judge

PROPOSED ORDER